FILED: December 20, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2245
(3:24-cv-00886-KDB-SCR)

_____

2311 RACING LLC, d/b/a 23XI Racing; FRONT ROW MOTORSPORTS, INC.

      Plaintiffs - Appellees

v.

NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC; JAMES FRANCE

      Defendants - Appellants

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of North Carolina at Charlotte |
| Originating Case Number | 3:24-cv-00886-KDB-SCR |
| Date notice of appeal filed in originating court: | 12/19/2024 |
| Appellant(s) | National Association for Stock Car Auto Racing, LLC |
| Appellate Case Number | 24-2245 |
| Case Manager | Richard H. Sewell<br>804-916-2702 |