UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2245
(3:24-cv-00886-KDB-SCR)
_____

2311 RACING LLC, d/b/a 23XI Racing; FRONT ROW MOTORSPORTS, INC.

      Plaintiffs - Appellees

v.

NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC; JAMES FRANCE

      Defendants - Appellants

_____

O R D E R
_____

Upon consideration of appellant's unopposed motion to expedite oral argument, the court grants the motion and directs the Clerk to schedule oral argument during the court's May 6-9, 2025 argument session.

      For the Court

      /s/ Nwamaka Anowi, Clerk