FILED: February 13, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2245
(3:24-cv-00886-KDB-SCR)

_____

2311 RACING LLC, d/b/a 23XI Racing; FRONT ROW MOTORSPORTS, INC.

    Plaintiffs - Appellees

v.

NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC; JAMES FRANCE

    Defendants - Appellants

_____

O R D E R

_____

Upon consideration of the certificate of confidentiality, the court places appendix volumes II and III under seal.

    For the Court--By Direction

    /s/ Nwamaka Anowi, Clerk