FILED: June 5, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2245
(3:24-cv-00886-KDB-SCR)

_____

2311 RACING LLC, d/b/a 23XI Racing; FRONT ROW MOTORSPORTS, INC.

      Plaintiffs - Appellees

v.

NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC; JAMES FRANCE

      Defendants - Appellants

_____

J U D G M E N T

_____

In accordance with the decision of this court, the district court injunctions entered December 18, December 23, and December 26, 2024, are hereby vacated.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK