UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2245
(3:24-cv-00886-KDB-SCR)
_____

2311 RACING LLC, d/b/a 23XI Racing; FRONT ROW MOTORSPORTS, INC.

    Plaintiffs - Appellees

v.

NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC; JAMES FRANCE

    Defendants - Appellants

_____

O R D E R
_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 40 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Niemeyer, Judge Agee, and Judge Thacker.

    For the Court

    /s/ Nwamaka Anowi, Clerk